# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION,<br><br>        PLAINTIFF<br><br>v.<br><br>MOUNTAIN ROAD RV,<br><br>        DEFENDANT | CIVIL NO. 08-318-P-H |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter because I own stock in General Electric Co.

**SO ORDERED.**

**DATED THIS 22ND DAY OF SEPTEMBER, 2008**

                                          /S/D. BROCK HORNBY
                                        **D. BROCK HORNBY**
                                        **UNITED STATES DISTRICT JUDGE**